UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

JUL - 8 2025

NATHAN OCHSNER
CLERK OF COURT

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **vs.** | § | **CRIMINAL NO. B-25-495** |
| **SANDY PATRICIA GARCIA** | § | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about June 19, 2025, in the Southern District of Texas, Defendant,

**SANDY PATRICIA GARCIA,**

did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with

United States Customs and Border Protection Officer Justin Trejo, while CBPO Trejo was

engaged in the performance of his official duties, and the commission of such acts

involved physical contact with him.

In violation of Title 18, United States Code, Sections 111(a)(1).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

_____
VICTORIA ARANDA
Assistant United States Attorney